# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140686

MADELINE WEISHUHN,
        Plaintiff-Appellant,

v

CATHOLIC DIOCESE OF LANSING and
ST. MARY'S CATHOLIC CHURCH,
        Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140686
COA: 287174
Genesee CC: 05-081808-CD

On order of the Court, the application for leave to appeal the January 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

s0830